IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DWAYNE E. BANKS,  )  | |
|     Plaintiff,  ) | |
| vs.                                   ) | No. 3:08-CV-0474-K |
|                                ) | |
| D. GAMMON, et al.,         ) | |
|     Defendants.            ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Defendant Gammon's Objections filed on March 15, 2010, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, *Officer D. Gammon's 12(b)(6) Motion to Dismiss; and Alternative 12(e) Motion for More Definite Statement*, filed October 5, 2009, (doc. 31) are **DENIED**. Defendant Gammon's Objections to Magistrate's Findings, Conclusions and Recommendations, filed on March 15, 2010, are hereby **OVERRULED**.

**SIGNED** this 17th day of March, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE